**Dante LINTON, Plaintiff–Appellant,**

v.

**UNITED STATES MARSHAL'S SERVICE; Drug Enforcement Administration; David Cheuvront, II, Sergeant, Defendants–Appellees,**

and

**Jeffrey Silk, Special Agent; Robert Stanton, Lieutenant, Defendants.**

No. 03–6422.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 16, 2003.

Dante Linton, Appellant Pro Se.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dante Linton seeks to appeal the district court's order granting in part and denying in part his motion to amend his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Linton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*